# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS CONKLIN,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CORRECTIONAL OFFICER MARK TODD,<br>et al,<br>　　　　　Defendants. | C.A. No. 2:16-cv-1722 |

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on November 15, 2016, and was referred to a United States Magistrate Judge for a report and recommendation in accordance with the Magistrates Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The magistrate judge's report and recommendation, issued on July 10, 2018 recommended that Defendant Clem be dismissed from this case due to Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at the last address of record, 1371 Stoltz Road, Bethel Park, PA 15102, and on Defendants.　No objections were filed.[1]　After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

---

[1] If a party does not file timely objections to a magistrate judge's report and recommendation, the party may lose its right to de novo review by the district court, although the court must still give "reasoned consideration" to the magistrate judge's report before adopting it. *Henderson v. Carlson*, 812 F.2d 874, 878-79 (3d Cir. 1987).

AND NOW, this 7th day of September, 2018;

IT IS HEREBY ORDERED that Defendant Clem is DISMISSED from this case due to Plaintiff's failure to prosecute. The report and recommendation of Magistrate Judge Baxter, issued July 10, 2018, is adopted as the opinion of the court.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Chief United States District Judge

cc:   Susan Paradise Baxter
      U.S. Magistrate Judge

      all parties of record ____